IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| United States of America, | } | |
| :--- | :--- | :--- |
| *Appellee* | } | |
| | } | Appeal No. 24-4004 |
| v. | } | |
| | } | |
| KENNETH DAVIS | } | |
| *Appellant* | } | |

## APPELANT'S RESPONSE TO APPELLEE'S MOTION TO DISMISS

Kenneth Davis, through counsel, respectfully requests that this Court deny the Appellee's motion to dismiss appeal, and in support of this Motion, Appellant states the following:

1) On April 3, 2024, undersigned counsel filed an *Anders* brief on behalf of Appellant pursuant to his appointment under the Criminal Justice Act.

2) On April 10, 2024, Appellee filed a Motion to Dismiss Appeal.

3) In its motion, Appellee argued that the appeal was untimely, and that the Appellant knowingly waived his right to appeal when he pled guilty pursuant to a written plea agreement on June 1, 2023.

4) Undersigned counsel notes that because he was appointed to represent Appellant pursuant to the Criminal Justice Act, this Honorable Court should consider the *Anders* brief to determine if the plea in this case was in fact knowing and voluntary.

1

**WHEREFORE,** Appellant, Kenneth Miller respectfully requests that this Honorable Court deny Appellee's motion to dismiss appeal.

*/s/ Alfred Guillaume*
_____
Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln., Suite 700
Greenbelt, MD 20770
202-321-0549
*For Appellant Kenneth Miller*

### CERTIFICATE OF SERVICE

I certify that the foregoing document was filed through the Court's ECF/CM system, which automatically sends a notice of the filing to all registered parties.

*/s/ Alfred Guillaume*
_____
Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III, LLC